Jerome S. Cohen (S. B. N. 143727)
3731 Wilshire Blvd. (Suite 514)
Los Angeles, CA 90010
Telephone: (213) 388-8188
Facsimile:  (213) 388-6188
Email: jsc@jscbklaw.com

(Proposed) Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DREENA MARIE DE SILVA,<br><br>            Debtor. | Case No. 2:09-bk-42475-EC<br><br>Chapter 11<br><br>**APPLICATION FOR AN ORDER AUTHORIZING DEBTOR TO EMPLOY JEROME S. COHEN AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF JEROME S. COHEN IN SUPPORT THEREOF**<br><br>No Hearing Set, Under Provisions of Local Bankruptcy Rule 9013-1(o) |

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:

Dreena Marie De Silva, Debtor and Debtor in Possession (the "Debtor"), applies for authority to employ Jerome S. Cohen as her Chapter 11 counsel ("Counsel") pursuant to 11 U.S.C. §327, effective November 18, 2009 ("Petition Date").

In compliance with Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule ("L.B.R.") 2014-1(b), Debtor provides the following information:

**1. <u>Scope of Employment</u>**

Debtor seeks to employ Counsel for the following purposes:

    a.    To advise Debtor generally regarding the administration of her estate and in matters of bankruptcy law, including the requirements of the Bankruptcy Code, Federal and Local Rules of Bankruptcy Procedure, and the United States Trustee Notices and Guides;

    b.    Assisting and advising the Debtor in the preparation of schedules, statements, lists, and other disclosure documents required to be filed in the Bankruptcy Court or submitted to the United States Trustee;

    c.    Representation of the Debtor in adversary proceedings, contested matters, and hearings in the United States Bankruptcy Court and related appellate courts;

    d.    Representation of the Debtor in connection with the use of cash collateral, if any, and obtaining credit;

    e.    Assisting the Debtor in analyzing her rights and remedies regarding her assets and the claims of her creditors;

    f.    Assisting the Debtor in preparation of a disclosure statement and plan.

**2. <u>Experience and Qualification of Counsel</u>**

The experience and qualifications of Debtor's proposed Counsel are set forth in detail in the <u>Declaration of Jerome S. Cohen</u> ("Cohen Declaration") attached hereto.

Jerome S. Cohen is experienced in bankruptcy law, having represented numerous parties in Chapter 11 cases in the Central, Northern, and Southern Districts of California and the Districts of Arizona, Delaware, and Maryland, and having appeared before the Ninth Circuit Bankruptcy Appellate Panel. Proposed counsel holds the designation Board Certified, Business Bankruptcy Law, conferred by the American Bankruptcy Institute's American Board of Certification, and recognized by the State Bar of California. Further, proposed counsel has become acquainted with Debtor's finances and operations. A copy of Counsel's resume is attached as **Exhibit A** to the <u>Cohen Declaration</u>.

\\

3. **Statement of Disinterestedness For Employment**

In compliance with L.B.R. 2014-1(b), the attached Cohen Declaration sets forth evidence that Counsel is a disinterested person with regard to the Debtor and her Estate and does not represent any interest adverse to the Debtor or her Estate.  See Cohen Declaration.

4. **Terms and Conditions of Employment**

The Debtor agreed to pay Counsel hourly compensation for work on this case, at the rate of Four Hundred Dollars ($400.00) per hour.  On November 9, 2009, Debtor deposited a retainer in the amount of Ten Thousand Dollars ($10,000.00) with Counsel.  Counsel is informed that the source of these funds was the Debtor.  Six Thousand Five Hundred ($6,500.00) was earned upon receipt for pre-petition services and for the Court's Filing Fee of One Thousand Thirty Nine Dollars ($1,039.00).

Counsel currently holds the balance of Three Thousand Five Hundred ($3,500.00) in a segregated trust account as a post-petition retainer. Counsel intends to bill Debtor and apply to the Court for compensation in accordance with the United States Trustee's Notices and Guides as the case proceeds.

BASED ON THE FOREGOING, the Debtor respectfully requests that the Court execute an order authorizing the Debtor to employ Jerome S. Cohen, effective as of the petition date, November 18, 2009, and finding that the hourly rates set forth in the Cohen Declaration are prima facie reasonable, with compensation from the estate to be determined by this Court after notice and hearing pursuant to 11 U.S.C. §330.

DATED: December 10, 2009            By:    /s/ *Dreena Marie De Silva*
                                                    Dreena Marie De Silva
                                                    Debtor and Debtor-In-Possession

DECLARATION OF JEROME S. COHEN

I, JEROME S. COHEN, declare as follows:

1. I am an attorney admitted to practice in the States of California, Delaware, Maryland, and District of Columbia. I maintain a solo practice in Los Angeles, California.

2. I have personal knowledge of the matters here stated.

3. I submit this declaration in support of the application of Dreena Marie De Silva, for an order approving my appointment as her Chapter 11 counsel.

4. I have successfully represented numerous parties in Chapter 11 cases in the Central, Northern, and Southern Districts of California and the Districts of Arizona, Delaware, and Maryland. Attached hereto as **Exhibit A** is a true and correct copy of my resume.

5. In the Central District of California, among other appearances, I have successfully served as Chapter 11 debtor's counsel. I served as sole debtor counsel, and my client obtained plan confirmations, in In re Brooks Industries, Inc., LA 94-48626-AA, and In re Prestige Bedding Corporation, LA 94-48634-AA (consolidated cases); In re Hayes Protective Services, LA 95-28528-KM; In re Sokchheang Saing and Teang Kha Saing, LA 98-20643-EC; In re Berri's Pizza Café II, LLC, LA-02-18813-EC; and In re Mark Majetti, 1:08-bk-16828-MT. In each of those cases, debtor obtained plan confirmation in a timely manner compared with the average time for confirmation in this district, and my final fee application was approved in total, with the exception of minor reductions in two cases. In another Chapter 11 debtor representation in this Court, I brought about a settlement and voluntary dismissal (In re Stuart Randall Waid, Case No. La 04-23514-BR). In another Chapter 11 debtor representation, the U.S. District Court (Manuel Real, J.) withdrew the reference and dismissed the case. (In re Phoenix Family Trust, Case No. 1:05-14233-MT; USDC Case No. 2:05-CV-05249-R).

6. The American Board of Certification, of the American Bankruptcy Institute, has awarded me, and re-awarded me, and I now hold, its designation Board Certified in Business Bankruptcy Law.

7. On November 9, 2009, the Debtor contacted me regarding Chapter 11 bankruptcy and executed a retainer agreement with me.

8. The Debtor agreed to pay me hourly compensation for work on this case, at the rate of four hundred dollars ($400.00) per hour. On November 9, 2009, Debtor deposited a retainer in the amount of Ten Thousand Dollars ($10,000.00). I am informed that the source of these funds was the Debtor. Six Thousand Five Hundred ($6,500.00) was earned upon receipt for pre-petition services and for the Court's Filing Fee of One Thousand Thirty Nine Dollars ($1,039). I currently hold the balance of Three Thousand Five Hundred ($3,500.00) in a segregated trust account as a post-petition retainer. I intend to bill the Debtor and apply to the Court for compensation in accordance with the United States Trustee's Notices and Guides as the case proceeds.

9. To the best of my knowledge, I hold no interest adverse to the Debtor, any creditor of her estate, the U.S. Trustee or any employee of the U.S. Trustee, or any other parties-in-interest.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Date: December 10, 2009                    */s/ Jerome S. Cohen*
                                           Jerome S. Cohen
                                           [Proposed] Attorney for Debtor and
                                           Debtor-In-Possession,
                                           Dreena Marie De Silva

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010.

The foregoing document described as

**APPLICATION FOR AN ORDER AUTHORIZING DEBTOR TO EMPLOY JEROME S. COHEN AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF JEROME S. COHEN IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 10, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

                                        X    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On December 10, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

                                        X    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

                                        G    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date   December 10, 2009                              */s/ Alberto Ruiz*
                                                                        Alberto Ruiz

-1-

**Service List**
**Dreena Marie De Silva**
**Case No. 2:09-bk-42475-EC**

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

  * Russell Clementson
russell.clementson@usdoj.gov

  * United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

-2-