JEROME S. COHEN (SBN 143727)
ELAINE V. NGUYEN (SBN 256432)
SCOTT P. LAYFIELD (SBN 246481)
3731 Wilshire Boulevard, Suite 514
Los Angeles, CA 90010
Tel: 213-388-8188
Fax: 213-388-6188
Email: jsc@jscbklaw.com

[Proposed] Attorneys for Debtor and Debtor In Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DREENA MARIE DE SILVA,<br><br>Debtor. | CASE NO. 2:09-42475 EC<br><br>CHAPTER 11<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C.§ 362**<br><br>**Original Hearing Date**:<br><br>Date:  January 12, 2010<br>Time:  1:30 PM<br><br>**New Hearing Date**:<br><br>Date:  January 19, 2010<br>Time:  1:30 PM<br><br>**Place:**<br>    Courtroom 1634<br>    Edward R. Roybal Building<br>    255 East Temple Street<br>    Los Angeles, California 90012 |

**TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE:**

Dreena Marie De Silva ("Debtor"), by and through her counsel of record, and Pacific Capital Bank dba Santa Barbara Bank & Trust ("Creditor"), by and through its counsel of record, in the within matter, hereby stipulate to a continuance of the hearing on Creditor's Motion for Relief From the Automatic Stay ("Motion"), which is currently scheduled for January 12, 2010, at 1:30 p.m. to January 19, 2010, at 1:30 p.m.

**IT IS HEREBY STIPULATED:**

Debtor and Creditor have agreed to continue the hearing on the Motion, to permit the parties to continue with good faith negotiations. Accordingly, the respective parties request that the court continue this matter for hearing on January 19, 2010 at 1:30 p.m.

Dated: December 30, 2009    */s/ Jerome S. Cohen*
Jerome S. Cohen
[Proposed] Attorney for Debtor
Dreena Marie De Silva

Dated: December ____ 2009    _____
Susan L. Vaage
GRAHAM VAAGE LLP
Attorney for Movant Pacific Capital Bank
dba Santa Barbara Bank & Trust

- 2 -

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE:

Dreena Marie De Silva ("Debtor"), by and through her counsel of record, and Pacific Capital Bank dba Santa Barbara Bank & Trust ("Creditor"), by and through its counsel of record, in the within matter, hereby stipulate to a continuance of the hearing on Creditor's Motion for Relief From the Automatic Stay ("Motion"), which is currently scheduled for January 12, 2010, at 1:30 p.m. to January 19, 2010, at 1:30 p.m.

**IT IS HEREBY STIPULATED:**

Debtor and Creditor have agreed to continue the hearing on the Motion, to permit the parties to continue with good faith negotiations. Accordingly, the respective parties request that the court continue this matter for hearing on January 19, 2010 at 1:30 p.m.

Dated: December 30, 2009

/s/ Jerome S. Cohen
Jerome S. Cohen
[Proposed] Attorney for Debtor
Dreena Marie De Silva

Dated: December 30, 2009

Susan L. Vaage
GRAHAM VAAGE LLP
Attorney for Movant Pacific Capital Bank
dba Santa Barbara Bank & Trust

-2-

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010. The foregoing document described as

**STIPULATION FOR CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C.§ 362**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 30, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

* Susan Vaage, Esq Counsel for Movant Pacific Capital Bank, svaage@grahamvaagelaw.com

*  Russell Clementson, Esq. United States Trustee, russell.clementson@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**  On December 30, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Ellen Carroll
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

G    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date   December 30, 2009                                         */s/ Elaine V. Nguyen*
                                                                  Elaine V. Nguyen

- 3 -