JEROME S. COHEN (SBN 143727)
3731 Wilshire Blvd. (Suite 514)
Los Angeles, CA 90802
Tel. (213) 388-8188
Fax (213) 388-6188

(Proposed) Attorney for Debtor

**FILED & ENTERED**

JAN 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-42475-EC |
| DREENA MARIE DE SILVA, | Chapter 11 |
| Debtors | **ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY MARK A. HEARN AS APPRAISER** |

    The Court having considered the application of Dreena Marie De Silva, the debtor and debtor in possession (the "Debtor"), for an order authorizing her to employ Mark A. Hearn ("Appraiser"), and the declaration of Jerome S. Cohen submitted in connection therewith, and it appearing that Appraiser does not hold any interest adverse to the Debtor or the estate and is a disinterested person as defined in 11 U.S.C.§ 101(14), and that the employment of Appraiser by the Debtor is in the best interest of the estate, it is hereby:

1   ORDERED that the Debtor is authorized to employ Mark Hearn as her appraiser as of the

2   commencement of this Chapter 11 case, and to compensate such appraiser at the time the

3   appraiser submits ~~each~~ the appraisal report requested on the Burnside Avenue property, in the

4   amount of $425.00.  ~~the fee that the appraiser quoted and that the Debtor agreed to pay for such~~

5   ~~report without further application to the Court, as an allowed administrative expense.~~.

###

DATED: January 22, 2010

*Ellen Carroll*
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010.

The foregoing document described as

## ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY MARK A. HEARN AS APPRAISER

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On *January 8, 2010* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

        X    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
(indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

    •    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Date   January 8, 2010*          */s/ Alberto Ruiz*
                                            Alberto Ruiz

**ADDITIONAL SERVICE INFORMATION** (if needed):

**II.    SERVED VIA U.S. MAIL**

The Honorable Ellen Carroll
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal
Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

HSBC Auto Finance Department
P.O. Box 201347
Arlington, TX 76006-1347

Internal Revenue Service
Centralized Insolvency
Operations
Po Box 21126
Philadelphia, Pa 19114

L.A. County Tax
Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053

Securities & Exchange Commission
5670 Wilshire Avenue.,
11th Floor
Los Angeles, CA 90036

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

American Express
PO Box 297879
Fort Lauderdale, FL 33329

Bank of America
PO Box 15026
Wilmington, DE 19850

Bugman
1111 S Placentia Ave
Fullerton, CA 92831

Capital One
PO Box 85520
Richmond, VA 23285

Citifinancial
3950 Regent Blvd S2A 283
Irving, TX 75063

Citifinancial Bankruptcy Dept
PO Box 140069
Irving, TX 75014

Department Stores National Bank
Po Box 137
Columbus, GA 31902

Diversified Collection Services
PO Box 9046
Pleasanton, CA 94566

E Paul Brodsky CPA
2710 W Burbank Blvd
Burbank, CA 91505

HSBC
PO Box 60175
City Of Industry, CA 91716

Home Depot
PO Box 689100
Des Moines, IA 50368

JC Penny
PO Box 981131
El Paso, TX 79998

JP Morgan Chase Bank
Attn Customer Service
PO Box 9176
Coppell, TX 75019

Jan H Merman
8631 W Third Street
Los Angeles, CA 90048

Klahs & Hedwall LLP
27441 Tourney Rd
Suite 150
Valencia, CA 91355

Macy
PO Box 8066
Mason, OH 45040

Pacific Capital Bank NA
PO Box 60704
Santa Barbara, CA 93160

Santa Barbara Bank and Trust
PO Box 60839
Santa Barbara, CA 93160

The Moore Law Group
PO Box 25145
Santa Ana, CA 92799

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Visa Business Card
PO Box 15710
Wilmington, DE 19886

Washington Mutual
6120 W Third St
Los Angeles, CA 90036

Washington Mutual
PO Box 41275 JAXA2040
Jacksonville, FL 32203

Zwicker & Associates PC
80 Minuteman Road
Andover, MA 01810

Dreena Marie De Silva
1025 South Burnside Ave.
Los Angeles, CA 90019

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY MARK A. HEARN AS APPRAISER was entered on the date indicated as A "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 8, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):
**I. Served by Court via "NEF"**

\* Russell Clementson
russell.clementson@usdoj.gov

\* United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**II. SERVED VIA U.S. MAIL**

The Honorable Ellen Carroll
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal
Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

HSBC Auto Finance Department
P.O. Box 201347
Arlington, TX 76006-1347

Internal Revenue Service
Centralized Insolvency
Operations
Po Box 21126
Philadelphia, Pa 19114

L.A. County Tax
Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053

Securities & Exchange Commission
5670 Wilshire Avenue.,
11th Floor
Los Angeles, CA 90036

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

American Express
PO Box 297879
Fort Lauderdale, FL 33329

Bank of America
PO Box 15026
Wilmington, DE 19850

Bugman
1111 S Placentia Ave
Fullerton, CA 92831

Capital One
PO Box 85520
Richmond, VA 23285

Citifinancial
3950 Regent Blvd S2A 283
Irving, TX 75063

Citifinancial Bankruptcy Dept
PO Box 140069
Irving, TX 75014

Department Stores National Bank
Po Box 137
Columbus, GA 31902

Diversified Collection Services
PO Box 9046
Pleasanton, CA 94566

E Paul Brodsky CPA
2710 W Burbank Blvd
Burbank, CA 91505

HSBC
PO Box 60175
City Of Industry, CA 91716

Home Depot
PO Box 689100
Des Moines, IA 50368

JC Penny
PO Box 981131
El Paso, TX 79998

JP Morgan Chase Bank
Attn Customer Service
PO Box 9176
Coppell, TX 75019

Jan H Merman
8631 W Third Street
Los Angeles, CA 90048

Klahs & Hedwall LLP
27441 Tourney Rd
Suite 150
Valencia, CA 91355

Macy
PO Box 8066
Mason, OH 45040

Pacific Capital Bank NA
PO Box 60704
Santa Barbara, CA 93160

Santa Barbara Bank and Trust
PO Box 60839
Santa Barbara, CA 93160

The Moore Law Group
PO Box 25145
Santa Ana, CA 92799

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Visa Business Card
PO Box 15710
Wilmington, DE 19886

Washington Mutual
6120 W Third St
Los Angeles, CA 90036

Washington Mutual
PO Box 41275 JAXA2040
Jacksonville, FL 32203

Zwicker & Associates PC
80 Minuteman Road
Andover, MA 01810

Dreena Marie De Silva
1025 South Burnside Ave.
Los Angeles, CA 90019