JEROME S. COHEN (SBN 143727)
ELAINE V. NGUYEN (SBN 256432)
3731 Wilshire Blvd. (Suite 514)
Los Angeles, CA 90802
Tel. (213) 388-8188
Fax (213) 388-6188

(Proposed) Attorney for Debtor and Debtor-in-Possession

FILED & ENTERED

MAR 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin   DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA--LOS ANGELES DIVISION

In re:

DREENA MARIE DE SILVA,

　　　　　　　　　　　　　　Debtor.

Case No. 2:09-bk-42475-EC

Chapter 11

**ORDER AUTHORIZING DEBTOR TO EMPLOY JEROME S. COHEN AS COUNSEL**

**Date**: March 3, 2010
**Time:** 1:30 PM
**Place**: Courtroom 1634
　　　　Edward R. Roybal Building
　　　　255 East Temple Street
　　　　Los Angeles, CA 90012

　　　　On March 3, 2010, Debtor's *Application For An Order Authorizing Debtor to Employ Jerome S. Cohen as Counsel* (the "Application") came on for hearing in Courtroom 1639, of the United States Bankruptcy Court, before the Honorable Ellen Carroll, United States Bankruptcy Judge. Appearances were as noted on the record.

　　　　The Court having considered the Application, all relevant documents on file in the case, and for the reasons set forth on the record during the hearing, and it appearing that Counsel does not hold any interest adverse to the Debtor or the estate and is a disinterested person as defined in 11 U.S.C.§ 101(14), and that the employment of Counsel by the Debtor is in the best interest of the estate,

Main Document    Page 2 of 4

**IT IS HEREBY ORDERED** as follows:

Debtor is authorized to employ Jerome S. Cohen as her counsel as of the commencement of this Chapter 11 case, the extent, rate, and amount of compensation and reimbursement of expenses to be paid as an administrative expense, subject to review by the Court, in such amounts as the Court may hereafter allow, pursuant to 11 U.S.C. §§ 330 and 331, upon proper application(s) therefor.

IT IS FURTHER ORDERED that the court is not making a finding at this time that applicant's rates are prima facie reasonable.

###

DATED: March 22, 2010

*Ellen Carroll*
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010.

A true and correct copy of the foregoing document described as

**ORDER AUTHORIZING DEBTOR TO EMPLOY JEROME S. COHEN AS COUNSEL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  March 9, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ellen Carroll
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 9, 2010 | Alberto Ruiz | /s/ Alberto Ruiz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled

**ORDER AUTHORIZING DEBTOR TO EMPLOY JEROME S. COHEN AS COUNSEL**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 9, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

∗ **Debtor's Counsel:** Jerome S. Cohen    jsc@jscbklaw.com

∗ **United States Trustee**: Russell Clementson    russell.clementson@usdoj.gov

ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: