

1  JEROME S. COHEN (SBN 143727)
2  ELAINE V. NGUYEN (SBN 256432)
   3731 Wilshire Blvd. (Suite 514)
3  Los Angeles, CA 90802
   Tel. (213) 388-8188
4  Fax (213) 388-6188

5  Attorney for Debtor and Debtor-in-Possession
6
7
8
9             UNITED STATES BANKRUPTCY COURT
10     CENTRAL DISTRICT OF CALIFORNIA--LOS ANGELES DIVISION
11
12  In re:                              ) Case No. 2:09-bk-42475-EC
                                        )
13  DREENA MARIE DE SILVA,              )
                                        ) Chapter 11
14                                      )
                                        )
15                          Debtor.     ) **ORDER RE: DEBTOR'S MOTION FOR**
                                        ) **VALUATION OF REAL PROPERTY**
16                                      ) **LOCATED AT 1025 SOUTH BURNSIDE**
                                        ) **AVENUE, LOS ANGELES, CA**
17                                      )
                                        ) **Date:** March 3, 2010
18                                      ) **Time:** 1:30 PM
                                        ) **Place:** Courtroom 1634
19                                      )          Edward R. Roybal Building
                                        )          255 East Temple Street
20  _____)          Los Angeles, CA 90012



21
22  On March 3, 2010, Debtor's *Motion for Valuation of Real Property Located at 1025*
23  *South Burnside Avenue, Los Angeles, CA* (the "Motion") came on for hearing in Courtroom
24  1639, of the United States Bankruptcy Court, before the Honorable Ellen Carroll, United States
25  Bankruptcy Judge. Appearances were as noted on the record.
26      The Court having reviewed and considered the Motion and its supporting evidence,
27  including the appraisal report by Mark Hearn, a state-certified real estate appraiser, and good
28  cause appearing,

1

**IT IS HEREBY ORDERED** as follows:

The Motion is Granted. The value of 1025 South Burnside Avenue, Los Angeles, CA, ~~is~~ was $860,000.00 ~~for the purposes of plan treatment.~~ as of 12/9/09.

Dated: 4/9/10

*Ellen Carroll*
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010.

A true and correct copy of the foregoing document described as

**ORDER RE: DEBTOR'S MOTION FOR VALUATION OF REAL PROPERTY LOCATED AT 1025 SOUTH BURNSIDE AVENUE, LOS ANGELES, CA**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 17, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Ellen Carroll**
Edward R. Roybal Federal
Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

**Counsel for First Lender**
Susan L. Vaage
Graham Vaage LLP
500 N. Brand Blvd. #1030
Glendale, CA 91230

**Second Lender**
Washington Mutual Bank
Attn: Teresa Marchlewski,
Registered Agent
9200 Oakdale Ave.
N1107101, Chatworth, CA 91311

JP Morgan Chase National
Corporate Services
Attn: CT Corporation System,
Registered Agent
818 W 7th Street
Los Angeles, CA 90017

JP Morgan Chase Bank
Attn: James S. Krass, Principal
575 Washington Blvd.
Jersey City, NJ 07310

WaMu/Chase Bankruptcy
Department
Attn: Dori Brink
Kinwest Parkway, Suite 300
Irving, TX 75063

Wamu/Chase Bankruptcy
Department
Attn: Andrea
10790 Rancho Bernardo Road
San Diego, CA 92127

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 17, 2010 | Alberto Ruiz | /s/ Alberto Ruiz |
|---|---|---|
| Date | Type Name | Signature |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled

**ORDER RE: DEBTOR'S MOTION FOR VALUATION OF REAL PROPERTY LOCATED AT 1025 SOUTH BURNSIDE AVENUE, LOS ANGELES, CA**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 17, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* **Debtor's Counsel:** Jerome S. Cohen   jsc@jscbklaw.com

* **United States Trustee:** Russell Clementson   russell.clementson@usdoj.gov

ustpregion16.la.ecf@usdoj.gov

* **Counsel for Pacific Capital Bank dba Santa Barbara Bank & Trust (First Lender):**

Susan L Vaage   svaage@grahamvaagelaw.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Dreena Marie De Silva
1025 South Burnside Avenue
Los Angeles, CA 90019

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: