Jerome S. Cohen (SBN 143727)
Elaine V. Nguyen (SBN 256432)
3731 Wilshire Boulevard (Suite 514)
Los Angeles, CA 90010
Tel: 213-388-8188
Fax: 213-388-6188
jsc@jscbklaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DREENA MARIE DE SILVA,<br><br>Debtor. | CASE NO. 2:09-bk-42475-EC<br><br>Chapter 11<br><br>**NOTICE TO PROFESSIONALS OF FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES TO DEBTOR'S COUNSEL**<br><br>[Local Bankruptcy Rule 2016-1]<br><br>**<u>Hearing Date and Time</u>**<br><br>Date: June 28, 2010<br>Ctrm: 1:30 PM<br>Place: Courtroom 1639<br>411 W. Fourth St.<br>Santa Ana, California 92701 |

**TO ALL PROFESSIONALS RETAINED IN THIS CASE AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that Jerome S. Cohen ("Cohen") intends to file his First Interim Application for Compensation and Reimbursement of Expenses for the period beginning November 18, 2009 (the "Petition Date") through April 30, 2010, as counsel for Dreena Marie De Silva, the Debtor and Debtor-in-Possession (the "Application").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1 (a)(2), other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that any professional who desires to be included in Cohen's contemplated notice of hearing should so advise Cohen in writing no later than June 7, 2010, and state the amount of interim compensation to be requested (fees and expenses) and the relevant time periods for such compensation.

Dated: May 4, 2010

/*s/ Jerome S. Cohen*
Jerome S. Cohen
Counsel for Debtors and
Debtor-in-Possession
Dreena Marie De Silva

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010.

The foregoing document described as **NOTICE TO PROFESSIONALS OF FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES TO DEBTOR'S COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 4, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

* **Debtor's Counsel:** Jerome S. Cohen jsc@jscbklaw.com
* **United States Trustee**: Russell Clementson russell.clementson@usdoj.gov
ustpregion16.la.ecf@usdoj.gov
*** Counsel for Pacific Capital Bank dba Santa Barbara Bank & Trust (First Lender)**:
Susan L Vaage svaage@grahamvaagelaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On May 4, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

X Service List Attached

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date May 4, 2010 *<u>/s/ Alberto Ruiz</u>*
Alberto Ruiz

**Service List**
**Dreena Marie De Silva**
**Case No. 2:09-bk-42475-EC**

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**

The Honorable Ellen Carroll
United States Bankruptcy Court
Edward R. Roybal Federal
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

HSBC Auto Finance Department
P.O. Box 201347
Arlington, TX 76006-1347

Internal Revenue Service
Po Box 21126
Philadelphia, Pa 19114

L.A. County Tax Collector
2615 S. Grand
Los Angeles, CA 90007

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053

Securities & Exchange
Commission
5670 Wilshire Avenue., 11th Floor
Los Angeles, CA 90036

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

American Express
PO Box 297879
Fort Lauderdale, FL 33329

Bank of America
PO Box 15026
Wilmington, DE 19850

Capital One
PO Box 85520
Richmond, VA 23285

Citifinancial
3950 Regent Blvd S2A 283
Irving, TX 75063

Citifinancial Bankruptcy Dept
PO Box 140069
Irving, TX 75014

Department Stores National Bank
Po Box 137
Columbus, GA 31902

Diversified Collection Services
PO Box 9046
Pleasanton, CA 94566

E Paul Brodsky CPA
2710 W Burbank Blvd
Burbank, CA 91505

HSBC
PO Box 60175
City Of Industry, CA 91716

JP Morgan Chase Bank
Attn Customer Service
PO Box 9176
Coppell, TX 75019

Jan H Merman
8631 W Third Street, Suite 531
Los Angeles, CA 90048

Klahs & Hedwall LLP
27441 Tourney Rd, Suite 150
Valencia, CA 91355

Macy
PO Box 8066
Mason, OH 45040

Pacific Capital Bank NA
PO Box 60704
Santa Barbara, CA 93160

Santa Barbara Bank and Trust
PO Box 60839
Santa Barbara, CA 93160

The Moore Law Group
PO Box 25145
Santa Ana, CA 92799

United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Visa Business Card
PO Box 15710
Wilmington, DE 19886

Washington Mutual
PO Box 41275 JAXA2040
Jacksonville, FL 32203

Zwicker & Associates PC
80 Minuteman Road
Andover, MA 01810

Dreena Marie De Silva
1025 South Burnside Ave.
Los Angeles, CA 90019