JEROME S. COHEN (SBN 143727)
ELAINE V. NGUYEN (SBN 256432)
3731 Wilshire Blvd. (Suite 514)
Los Angeles, CA 90802
Tel. (213) 388-8188
Fax (213) 388-6188

**FILED & ENTERED**

**OCT 27 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin    DEPUTY CLERK**

Attorneys for Debtor and Debtor in Possession DREENA MARIE DE SILVA

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DREENA MARIE DE SILVA,<br><br>　　　　　Debtor. | Case No. 2:09-bk-42475-EC<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN**<br><br>**Date:** September 14, 2010<br>**Time**: 3:00 PM<br>**Place**: Courtroom 1639<br>　　　United States Bankruptcy Court<br>　　　255 E. Temple St.<br>　　　Los Angeles, CA 90012 |

　　　On September 14, 2010, on due notice, the Honorable Ellen Carroll, United States Bankruptcy Judge, conducted a hearing regarding confirmation of the Second Amended Chapter 11 Plan of Reorganization ("Plan") filed on July 20, 2010, by Dreena Marie De Silva, the debtor and debtor-in possession (the "Debtor"). Appearances were as noted on the record.

\\

1

The Court having considered all relevant documents on file in the case, and having heard the representations of counsel during the hearing, and there being no written or oral objections, and the Court having determined that the Plan meets the requirements for confirmation set forth in 11 U.S.C. §1129(a) and (b), and for good cause appearing:

IT IS HEREBY ORDERED THAT:

A. The Plan ~~filed by the Debtor on July 20, 2010~~ is hereby confirmed.

B. ~~The Plan Effective Date shall be the 10th day following the entry of this Order.~~

C. ~~All creditors and claimants asserting any general unsecured claim on the date of this Order are restrained and enjoined from pursuing or attempting to pursue such claim, directly or indirectly, against the Debtor herein, except as expressly provided for in the Plan.~~

D. ~~Any creditor or claimant asserting a secured claim that became an unsecured claim under 11 U.S.C. § 506(a) and the Plan, to the extent that a valuation made the collateral insufficient to satisfy such asserted secured claim, is restrained and enjoined from enforcing such unsecured claim. Upon the entry of discharge, such creditor shall release any lien on the collateral to the extent the claim was deemed unsecured under 11 U.S.C. § 506(a) and the Plan.~~

E. ~~Debtor shall pay quarterly fees to the U.S. Trustee until issuance of a Final Decree~~

F. Unless the Court has entered a Final Decree, on or before February 4, 2011, the Debtor shall file a status report explaining what progress has been made toward consummation of the ~~confirmed~~ Plan. The Debtor shall serve the status report on the U.S. Trustee, the 20 largest unsecured creditors, all secured creditors, and those parties who have requested special notice. A post-confirmation status conference will be held on **February 14, 2010 at 11:00 a.m. in Courtroom 1639** of the United States Bankruptcy Court located at 255 E. Temple St., Los Angeles, CA 90012. The status report shall include at least the following information:

(1) A schedule listing for each debt and each class of claims: the total amount required to be paid under the plan; the amount required to be paid as of the date of the report; the amount actually paid as of the date of the report; and the deficiency, if any, in required payments;

(2) A schedule of any and all post-confirmation tax liabilities that have accrued or come due and a detailed explanation of payments thereon;

(3) Debtor's projections as to her continuing ability to comply with the terms of the plan;

(4) An estimate of the date for plan consummation and application for final decree; and

(5) Any other pertinent information needed to explain the progress toward completion of the confirmed plan.

G. Upon completion of payments to **Class 2** and **Class 4**, Debtor shall be discharged of liability for payment of debts incurred before confirmation of the Plan, to the extent specified in 11 U.S.C.§ 1141. ~~The Debtor may file a motion to reopen the case in order to obtain an order entering the discharge.~~

###

DATED: October 27, 2010

*Ellen Carroll*
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010.
The foregoing document described as

# ORDER CONFIRMING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On *October 15, 2010* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Ellen Carroll
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
 (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

• Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date  *October 15, 2010*                    */s/ Elaine V. Nguyen*
                                            Elaine V. Nguyen

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER CONFIRMING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN** was entered on the date indicated as A "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *October 15, 2010* the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- * Russell Clementson    russell.clementson@usdoj.gov
- * Jerome S Cohen    jsc@jscbklaw.com
- * Linh K Tran    bline.chapter13@blinellc.com
- * United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- * Susan L Vaage    svaage@grahamvaagelaw.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>Debtor</u>
Dreena Marie De Silva
1025 South Burnside Ave.
Los Angeles, CA 90019

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: