FILED & ENTERED

JAN 12 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beaucham DEPUTY CLERK

CHANGES MADE BY COURT

JEROME S. COHEN (SBN 143727)
3731 Wilshire Blvd., Suite 514
Los Angeles, CA 90802
Tel. (213) 388-8188
Fax (213) 388-6188

Attorney for Reorganized Debtor DREENA MARIE DE SILVA

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DREENA MARIE DE SILVA,<br><br>Debtor. | Case No. 2:09-42475 EC<br><br>Chapter 11<br><br>**ORDER GRANTING FINAL FEE APPLICATION OF JEROME S. COHEN FOR PAYMENT OF FINAL FEES AND EXPENSES**<br><br>11 U.S.C. § 330<br><br>**Hearing Date**:<br>Date: December 22, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 1639<br>Edward R. Roybal Building<br>255 East Temple Street<br>Los Angeles, California 90012 |

On December 22, 2010, The ~~First and~~ Final Fee Application ("Application") of Jerome S. Cohen ("Applicant"), as general bankruptcy counsel to Dreena Marie De Silva, debtor and debtor-in-possession ("Debtor") was scheduled for hearing in Courtroom 1639 of the United

States Bankruptcy Court, before the Honorable Ellen Carroll, United States Bankruptcy Judge, presiding.

On December 21, 2010, the Court issued its tentative order waiving appearances and directing Applicant to lodge an order within seven days. No appearances were made, as noted on the record.

Based on the matters set forth in the Application, and the Court having considered the evidence in support of the Application, and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Application is hereby granted.
2. Applicant's post-petition fees and expenses from May 1, 2010 through and including October 31, 2010 in the amount of $20,297.70 are approved;
3. Applicant's draw of $98.06 from the Debtor's post-petition retainer to pay for courier and copying expenses is approved; and
4. The Court's prior interim fee award of $27,888.18 is approved on a final basis.

###

DATED: January 12, 2011



United States Bankruptcy Judge

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010. The foregoing document described as

**ORDER GRANTING FINAL FEE APPLICATION OF JEROME S. COHEN FOR PAYMENT OF FINAL FEES AND EXPENSES**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On December 28, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Ellen Carroll
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date December 28, 2010 *\/s/ Kim A. Bui*
Kim A. Bui

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)

**ORDER GRANTING FINAL FEE APPLICATION OF JEROME S. COHEN FOR PAYMENT OF FINAL FEES AND EXPENSES**
was entered on the date indicated as A "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 28, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Russell Clementson russell.clementson@usdoj.gov
* Jerome S Cohen jsc@jscbklaw.com
* Linh K Tran bline.chapter13@blinellc.com
* United States Trustee (LA) ustpregion16.la.ecf@usdoj.go
* Susan L Vaage svaage@grahamvaagelaw.com

**II. SERVED BY U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Dreena Marie De Silva
1025 South Burnside
Los Angeles, CA 90019

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: