JEROME S. COHEN (SBN 143727)
3731 Wilshire Blvd., Suite 514
Los Angeles, CA 90010
TEL: (213) 388-8188
FAX: (213) 388-6188
Email: jsc@jscbklaw.com

Attorney for Reorganized Debtor DREENA MARIE DE SILVA

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA--LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DREENA MARIE DE SILVA,<br><br>　　　　Reorganized Debtor. | Case No.: 2:09-BK-42475 EC<br><br>Chapter 11<br><br>**POST-CONFIRMATION STATUS REPORT OF DREENA MARIE DE SILVA**<br><br>**Post Confirmation Status Conference**:<br>**Date:** February 14, 2011<br>**Time:** 11:00 a.m.<br>**Ctrm:** Courtroom 1639<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90012 |

**TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

On November 18, 2009, Dreena Marie De Silva, the reorganized debtor in the above-captioned Chapter 11 bankruptcy case ("Reorganized Debtor" or "Debtor") commenced her bankruptcy by filing a voluntary petition. On October 29, 2010, the Court entered its order ("Order") confirming the Debtor's Second Amended Chapter 11 Plan of Reorganization ("Plan"). On November 8, 2010 ("Effective Date"), the Debtor commenced Plan payments.

1

Pursuant to the Court's Order, the Debtor hereby submits her Chapter 11 Post-Confirmation Status Report as follows:

1. <u>Claims.</u>

The Debtor's Plan consists of four (4) classes of claims. Through and including January 31, 2011, Debtor has made Plan payments to all four classes of claims. Attached hereto as **Exhibit A** is a financial report reflecting: (1) scheduled Plan payments and (2) amounts actually paid to date.

The Debtor's Plan also includes administrative claims to Debtor's Chapter 11 counsel, Jerome S. Cohen ("Cohen") and Debtor's Chapter 11 accountants, Klein Mandelblatt & Co. LLP ("Klein"). The Plan provides that the Debtor will make a payment of $1,500.00 on the Effective Date and then $500.00 monthly to Cohen until Cohen's administrative claim is satisfied. As of January 31, 2011, Debtor was scheduled to pay a total of $2,500.00 under the Plan. As of February 3, 2011, Debtor has paid only $500.00 to Cohen, leaving a deficiency of $2,000.00

Similarly, the Plan provides that the Debtor will make a payment of $1,000.00 on the Effective Date and then $500.00 monthly to Klein until Klein's administrative claim is satisfied. Debtor has made no Plan payments to Klein.

Debtor is current on her duty to pay quarterly fees to the Office of the United States Trustee.

2. <u>Post-Confirmation Tax Liabilities.</u>

The Debtor is current on her post-confirmation taxes.

3.  <u>Debtor's Continuing Ability to Comply With The Terms of the Plan.</u>

The Debtor will continue to be able to make Plan payments to all four classes of claims. The Debtor has represented that she is financially unable to pay the administrative claims of Cohen and Klein.

4.  <u>Projected Date for Plan Consummation and Application for Final Decree.</u>

The Debtor's Plan consists of four classes. Class 1 is the claim of Pacific Capital Bank dba Santa Barbara Bank & Trust, a long-term mortgage note. Class 3 is the claim of HSBC Auto Finance fka Household Auto Finance Corporation. The Plan provides that the Debtor will complete payments to Class 1 by March 1, 2037 and to Class 3 by October 29, 2013.

The Plan provides that the Debtor will make monthly payments to Class 2 (wholly unsecured junior lender, Chase Home Finance) and Class 4 (general unsecured creditors) for forty-eight (48) months after the Effective Date of the Plan. The Effective Date was November 8, 2010. Therefore, the Debtor expects to complete Plan payments to Class 2 and Class 4 by November 8, 2014.

Upon completion of payments to Class 2 and Class 4, Debtor shall be discharged of liability for payment of debts incurred before confirmation of the Plan, to the extent specified in 11 U.S.C.§ 1141.

The Debtor will prepare her application for a final decree pro per or through new counsel.

5.  <u>Other Pertinent Information.</u>

None.

Dated: February 4, 2011                    Respectfully Submitted,

                                                   */s/ Jerome S. Cohen*
                                                 Jerome S. Cohen
                                                 Attorney for Reorganized Debtor
                                                 DREENA MARIE DE SILVA

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010.

The foregoing document described as **POST-CONFIRMATION STATUS REPORT OF DREENA MARIE DE SILVA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 4, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Russell Clementson    russell.clementson@usdoj.gov
- Jerome S Cohen    jsc@jscbklaw.com
- Emery F El Habiby    eelhabiby@counsel.lacounty.gov
- S Blair Korschum    ecfnotices@ascensioncapitalgroup.com
- Linh K Tran    bline.chapter13@blinellc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Susan L Vaage    svaage@grahamvaagelaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On May 4, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| The Honorable Ellen Carroll | Dreena Marie De Silva |
| United States Bankruptcy Court | 1025 South Burnside Ave. |
| Edward R. Roybal Federal | Los Angeles, CA 90019 |
| 255 E. Temple Street, Suite 1382 | |
| Los Angeles, CA 90012 | |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date   February 4, 2011                                                      */s/ Kim A. Bui*
                                                                                        Kim A. Bui